IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | NO. 6:21MJ13 |
| | § | NO. 6:21MJ14 |
| V. | § | JUDGE MITCHELL |
| | § | |
| RYAN TAYLOR NICHOLS | § | |
| ALEX KIRK HARKRIDER | § | **FILED UNDER SEAL** |

## MOTION TO UNSEAL AFFIDAVITS

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America moves this Court to unseal the affidavits to the applications for search warrants in the above-captioned cases.    In support of this motion, the United States would show the Court that the necessity for protecting the contents of the affidavits no longer exists.

Respectfully submitted,

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY


 /s/ D. Ryan Locker
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Suite 700
Tyler, Texas 75701
(903) 590-1400
(903) 590-1439 (fax)
Ryan.Locker@usdoj.gov