IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | NO. 6:21MJ13 |
| | § | NO. 6:21MJ14 |
| V. | § | JUDGE MITCHELL |
| | § | |
| RYAN TAYLOR NICHOLS | § | |
| ALEX KIRK HARKRIDER | § | |

## **ORDER**

CAME ON this day for consideration the Government's Motion to Unseal the affidavits to the applications for search warrants in these cases, and the Court having considered the same, the Court is of the opinion that said motion should be granted.

It is THEREFORE, ORDERED, ADJUDGED and DECREED that the government's affidavits to the applications for search warrants in these cases are hereby unsealed.

So ORDERED and SIGNED this 7th day of April, 2021.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE